# United States Court of Appeals

## For the First Circuit

---

No. 18-1464

IN RE: GRAND JURY SUBPOENA

---

**ERRATA SHEET**

The opinion of this court issued on November 21, 2018, is amended as follows:

On page 2, line 2, the word "Education" is replaced with "Labor."